# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| John G. Miller,<br><br>On behalf of himself and all others<br>Similarly situated<br><br>           Plaintiff,<br>  vs.<br><br>Redwood Toxicology Laboratory, Inc.<br><br>          The Defendants. | Case No.: 11-CV-00115 (DWF/LIB)<br><br>**DECLARATION OF JOSHUA R. WILLIAMS IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Joshua R. Williams, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney of record representing the Plaintiff in the above-captioned action.  I have personal knowledge of the documents and underlying facts surrounding said documents as stated herein and could competently testify thereto if called as a witness herein.

2. Submitted with this declaration as Exhibit A is a true and correct copy of the transcript of the testimony John Martin—who is employed by Defendant

Redwood Toxicology Laboratory, Inc. ("Redwood") as a technical consultant and certifying scientist—provided during Plaintiff Miller's probation violation hearing on September 29, 2010 in the case designated as Court File No. 60-CR-06-8233.

3. Submitted with this declaration as Exhibits B, C, D, and E are true and correct copies of promotional materials regarding Redwood's EtG/EtS tests that I viewed and printed from Redwood's website (available at www.redwoodtoxicology.com) on April 24, 2011.

4. Submitted with this declaration as Exhibit F is a true and correct copy of The Honorable Tamara L. Yon's Findings of Fact and Order reinstating Plaintiff Miller on probation in the case designated as Court File No. 60-CR-06-8233.

5. Submitted with this declaration as Exhibit G is a is a true and correct copy of the transcript of the testimony Dr. Gregory Skipper provided during Plaintiff Miller's probation violation hearing on September 29, 2010 in the case designated as Court File No. 60-CR-06-8233.

6. Submitted with this declaration as Exhibit H is a true and correct copy of an Advisory the U.S. Department of Health and Human Services issued in September 2006 through the Substance Abuse and Mental Health Services

Administration ("SAMSHA") cautioning against the use of EtG/EtS testing in the criminal justice or regulatory compliance context. I printed the Advisory via the SAMSHA website, available at http://tinyurl.com/3enp2of, on or around January 13, 2011.

Dated: April 25, 2011          *s/Joshua R. Williams*
Joshua R. Williams (#389118)
jwilliams@jrwilliamslaw.com
1624 Harmon Place, Suite 300Q
Minneapolis, Minnesota 55403
(612) 486-5540
(612) 605-1944 Facsimile

**ATTORNEY FOR PLAINTIFF**