```
 1   STATE OF MINNESOTA                    DISTRICT COURT

 2   COUNTY OF POLK                  NINTH JUDICIAL DISTRICT

 3

 4   State of Minnesota,           ) File No. 60-CR-06-8233
                                   )
 5                    Plaintiff,   )
                                   )
 6        vs.                      )         TESTIMONY OF
                                   )         JOHN MARTIN
 7   John Gerard Miller,           )
                                   )
 8                    Defendant.   )
                                   )
 9        ------------------

10

11        The above-entitled matter came on for hearing

12   before the Honorable Tamara L. Yon, one of the judges of

13   the within court, in the courtroom in the courthouse at

14   Crookston, Minnesota, on September 29, 2010.

15        Mr. Greg Widseth, County Attorney in and for

16   said County of Polk, appeared on behalf of the State of

17   Minnesota.

18        Mr. Eric Gudmundson, Assistant Public

19   Defender for the Ninth Judicial District, appeared on

20   behalf of the Defendant, who was also present in court.

21        THEREUPON, the following proceedings were

22   had:

23

24

25
```

EXHIBIT A

```
 1                           I N D E X
 2   WITNESS:                                            PAGE NO.
 3   JOHN MARTIN
 4       Direct Examination by Mr. Widseth  - - - - - - -   3
 5       Cross-Examination by Mr. Gudmundson - - - - - -  18
 6       Redirect Examination by Mr. Widseth - - - - - -  31
 7       Recross-Examination by Mr. Gudmundson - - - - -  34
 8       Examination by The Court  - - - - - - - - - - -  35
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    JOHN MARTIN,
 2  being first duly sworn, was examined and testified by
 3  ITV as follows:
 4            THE COURT:  Mr. Widseth.
 5                              DIRECT EXAMINATION
 6  BY MR. WIDSETH:
 7      Q.  Could you please state your full name for the
 8  Court?
 9      A.  John Martin.  J-o-h-n M-a-r-t-i-n.
10      Q.  And what do you do for a living, Mr. Martin?
11      A.  I'm a toxicologist.  Specifically, my job duties
12  are technical consultant and certifying scientist for
13  Redwood Toxicology Laboratory.
14      Q.  And where is Redwood Toxicology Laboratory
15  located?
16      A.  In Santa Rosa, California.
17      Q.  And as the toxicologist in certifying -- first of
18  all, how long have you been employed with Redwood
19  Toxicology?
20      A.  I've been with Redwood Toxicology for over
21  11 years.
22      Q.  And how long have you been a toxicologist?
23      A.  I've been in the field of clinical laboratory
24  science specifically for drugs of abuse testing for over
25  30 years.
```

1    Q.   And do you have any professional degrees?

2    A.   Yes.  I have a bachelor of arts in biology, a

3 master of arts in biology, a master's of science in

4 clinical laboratory science, and I'm also licensed under

5 the Federal guidelines which are the Clinical Laboratory

6 Improvement Act of 1988 as administered by the State of

7 California and I have been so licensed for over

8 30 years.

9    Q.   And do you have any other licensures other than

10 that one?

11   A.   No.  I'm also a member of the California

12 Association of toxicologists.

13   Q.   And in your employment with Redwood Toxicology

14 have you been involved in the laboratory's use of EtG or

15 EtS testing?

16   A.   Yes.

17   Q.   How long have you been involved with that?

18   A.   Since the very beginning.  We started research on

19 testing back in March of 2006.

20   Q.   And how long has Redwood Toxicology then used --

21 and could you tell the judge kind of what the EtG and

22 EtS testing is generally?

23   A.   Certainly.  There had been found and have been

24 considered a time prior to that, I think it's like 1953,

25 that when there was alcohol present in the liver, that

1  there would be -- it would be metabolized to certain
2  products.  Two of these products were ethyl glucuronide
3  and ethyl sulfate.  They are formed by different types
4  of metabolism, so they are truly different metabolites
5  of ethanol as detected in urine.
6           The analysis that's used -- there were a
7  number of different analyses tried in the beginning, but
8  today the highest level of testing is that by Liquid
9  Chromatography/mass spectrometry/mass spectrometry or
10 LC/MS/MS and it's that methodology that allows for
11 quantitation at low levels of drugs.  And the procedure
12 that we developed is one that's published in the
13 scientific literature and accepted there as a method for
14 detecting EtG and EtS.
15          Basically what the protocol or standard
16 that's used for testing is that a curve is run.  In
17 other words, a number of different samples of standards
18 that are known and then after that is performed,
19 controls are run.  Those controls are at three different
20 levels and also include a negative.  And if those are
21 acceptable, then the run can be processed at that time.
22 And what it looks at is a number of different variables.
23 It's often referred to when GCNS testing is used as
24 finding a fingerprint in that each analyte has different
25 parts of it that can be measured and those parts, as

1   they appear, have to match those of the standards so
2   that the percentages of each one of the different types
3   has to match as well as a specific time that it occurs,
4   from the time the sample is interjected into the
5   analyzer until the time it is at state.  And so all of
6   those things have to match that of the known standards
7   before and have to match those in order to qualify to be
8   called positive.
9              In our laboratory there have been recently
10  newer methodologies that are starting to be used that
11  are similar to the types of screens that are done
12  routinely on urine, such that there may be sometime in
13  the future screening processes that do not require the
14  LC/MS/MS as the primary initial testing.  In our
15  laboratory we still use LC/MS/MS as the primary initial
16  screening test.  Once the sample goes through the
17  initial screening process and it is determined to be
18  positive, it is then taken and run a second time.  That
19  second time then allows for the quantitation of the
20  specific analytes EtG and EtS.  Once those are
21  identified and those are verified by an analyst, then
22  that run is reviewed by a certified scientist and then
23  likewise, I have reviewed those results as well.
24     Q.  So, just so the judge -- so we got the judge on
25  the same page as we're on.  The ethyl glucuronide -- if

```
 1  you could pronounce that for me.
 2       A.   Ethyl glucuronide, EtG.
 3       Q.   EtG.  And that's what I was going to get at.
 4  That's EtG, right?  And ethyl sulfate is the EtS?
 5       A.   Yes, sir.
 6       Q.   And those come as a metabolite I think you said
 7  of ingested ethanol then?
 8       A.   Yes.
 9       Q.   And how are they then detected using a urine
10  sample?  I mean, and I guess what I'm trying to get at
11  is how do those metabolites get into the urine?
12       A.   Oh, the metabolism takes place in the liver and
13  so if there is ethanol present and there are the
14  specific metabolic pathways that then cause -- one is
15  called glucuronidation and the other one is called
16  sulfation.  So one of the pathways then recreates the
17  product EtG, whereas the second metabolic pathway
18  creates the EtS or ethyl sulfate.
19       Q.   And that comes from ingested alcohol or ethanol
20  you said then?
21       A.   From ethanol, yes.
22       Q.   Is it possible, at least in your experience and
23  your understanding, to have EtG or EtS metabolites
24  appear in the urine through transdermal or touching of
25  the skin with ethanol?
```

1    A.   Yes.  There are a number of articles that are
2    both published and unpublished that indicate that when
3    there is the use of, as a class, hand sanitizers, some
4    of those actually have as much as 62 percent ethanol.
5    When there's the use of that product on the hands that
6    there can be two different things that occur.  There can
7    be dermal and also there can be vapor.  Most of the
8    studies require the positive results obtained from the
9    use of hand sanitizers to that of the ingestion of the
10   vapors because it's so close.
11   Q.   And I might be getting ahead of myself here.
12   Let's go back to one thing.  If you take a urine sample
13   from someone, how long can you determine the presence of
14   alcohol within that urine sample?
15   A.   Okay, if we're talking about alcohol, alcohol
16   itself is well-studied as far as under the influence and
17   those vary depending on what type of ingestion there has
18   been, but generally by the time ten or twelve hours have
19   passed, the ethanol would be negative in the urine
20   sample.
21   Q.   And when you use EtG or EtS testing or the
22   LC/MS/MS to test for EtG and EtS, how long is the
23   detection period then for ethanol?
24   A.   There is a longer window and that's one of the
25   reasons for the advent of testing in alcohol programs in

1  that it also varies on the type of exposure that there
2  may be and whether it's a single exposure or a multiple
3  exposure and in cases where there truly was an abuse,
4  those values can remain positive all the way up to
5  80 hours.
6      Q.  Okay.  And is the use, I mean, you've got two
7  different metabolites here.  Does the presence of both
8  of those have any greater significance as far as
9  sensitivity or accuracy?
10     A.  Only in -- in all the initial studies EtG was
11 referred to.  And then only secondarily the testing
12 became available and EtS then was tested.  As I said,
13 there are two different types of metabolism.  There is a
14 single literature citing that shows that if there are a
15 number of criteria met that a person is diabetic, that
16 they have used, that they have glucose and they form
17 ethanol in their urine, that and the suppressants of
18 specific micro-organisms, that there could be an
19 increase in EtG due to all of those things being
20 present.  The same article also shows that the EtS,
21 because it is a different metabolic pathway, is not
22 affected the same.  So in our laboratory we err on the
23 side of negative in that we only report a positive test
24 if both ethyl glucuronide and ethyl sulfate are used.
25     Q.  And so I can get the judge at least on the terms

1  then, what I think she might be hearing is when I look
2  back at the articles here, there seems to be two issues
3  that come up with the testing for EtS and EtG and that's
4  sensitivity and accuracy.  Can you explain each of those
5  to the judge?
6      A.  Well, certainly.  The values have been found to
7  be accurate, but the sensitivity is how low in a testing
8  sequence you could go.  And the original, all the
9  original research tried to go to very low levels in that
10 the test was used in order to monitor people in specific
11 rehabilitation programs.  And it was used as a
12 counseling tool, so they wanted to be able to pick up
13 essentially any, which was not possible, but extremely
14 low levels and so that's one of the reasons that the
15 cutoff levels were determined down to -- EtG down to 100
16 nanograms per mL and EtS down to 25 nanograms per mL.
17     Q.  Okay.  So I at least get what I'm trying to get
18 across to the judge here, these tests are very sensitive
19 as far as it goes in determining the ingestion of
20 alcohol, either through the skin or internally, is that
21 correct?
22     A.  Yes.
23     Q.  And then the issue of accuracy, at least as I've
24 seen it, deals more with determining where that alcohol
25 came from, would that be right?

1    A.   It can be that determination, yes.
2    Q.   Or the method of ingestion, I should say.  So in
3  this case you've seen the results or you were the
4  certifying analyst on Mr. Miller's results, is that
5  correct?
6    A.   Yes.
7    Q.   And do you have those results in front of you?
8    A.   Yes, I do.
9    Q.   And the test results were positive for both of
10 these metabolites, is that correct?
11   A.   Yes, they were.
12   Q.   And the levels on the test result, which is
13 Exhibit 1, under the EtG, there's a cutoff of 100
14 nanograms per milliliter, is that correct?
15   A.   That's correct.
16   Q.   And what does that represent to the Court, that
17 cutoff level?
18   A.   Essentially that's what I just mentioned.  That
19 cutoff level is the lowest level that the laboratory
20 reports and it's the level at which values above that
21 level then are often used in counseling situations.
22   Q.   And is that a common cutoff level within the drug
23 testing industry?
24   A.   It is as far as the lowest level that's reported.
25 The actual determination as far as what type of cutoff

1  level to use for only the ingestion of ethanol and/or
2  secondary ingestion of ethanol has been -- a number of
3  different cutoff levels have been used since the time
4  the tests first started being performed.
5      Q.  And how long have these tests -- I mean how long
6  have we been testing for EtG?
7      A.  Our laboratory has been testing since March of
8  2006.
9      Q.  And when did it come to the United States then,
10 EtG testing?
11     A.  The first, in a research only, it was back in the
12 1950's.
13     Q.  Okay.  So the cutoff level, as I understand it,
14 is kind of that minimal level where at least your lab
15 determines that further testing of that sample to
16 quantify the amount of EtS or EtG is done, is that
17 right?
18     A.  Yes.
19     Q.  And then you do, as I think you indicated, the
20 second test and that's where you come out with the
21 actual numerical results for that urine sample?
22     A.  Yes.
23     Q.  And you said there is a number of cutoff levels
24 that can be used at that point to determine
25 incidental -- I think the terms that I see are

```
 1  incidental ingestion from intentional ingestion, is that
 2  correct?
 3      A.  I said can be called incidental or secondary
 4  exposure.
 5      Q.  And where does that level get set then in any
 6  particular testing regiment?  Who sets that?
 7      A.  There isn't anyone who specifically sets that.
 8  There have been recommendations made by the Substance
 9  Abuse and Mental Health Services Administration.  There
10  have been recommendations made by a number of the top
11  researchers and there have been recommendations made by
12  the U.S. Drug Court Professionals.
13      Q.  And can you give the judge kind of the gist of
14  where all of those recommendations fall as far as where
15  that cutoff level should be?
16      A.  Certainly.  When the testing first began, it was
17  thought that a cutoff level of 250 could be a reasonable
18  cutoff level and these things changed over time and the
19  studies started to begin to be available that showed
20  that the use of some common products, cough medication,
21  mouthwash, hand sanitizers, and even in some cases food
22  products all contained ethanol, and when those were
23  ingested, that they came up with levels of EtG.
24          And so then in reference then the cutoff
25  levels were starting to be raised because in some of
```

1   these they showed that there could be, and most of the
2   studies showed, not the hand sanitizers, but with the
3   mouthwash and with the cough medicine that there could
4   be levels as high as 250 with the ingestion of those
5   products.  And some of those products then were in
6   excess, but not in excess to the amount that it would be
7   equivalent to one or two drinks.
8           And so then there's also been studies on --
9   in hand sanitizers as well and most of those studies
10  indicate that the levels are less than 100.  Although,
11  there are a couple of studies where excessive use of the
12  product which was -- I think I gave you a copy of that,
13  but the excessive use they used a large quantity and it
14  was so much that it couldn't be just rubbed on the
15  hands.  They had to run it all the way up and down their
16  arms and it actually hurt their eyes after time, but in
17  that case there was one sample that was as high as 700.
18  So even if we were using a 500 cutoff, then that would
19  indicate that there could have been exposure only due to
20  secondary.
21          However, in this case when we're dealing
22  with this particular sample, there's a value that's
23  considerably higher than 700.  Some of the principal
24  researchers have said that they may wish to use a cutoff
25  level of a thousand or of 1,500, but those levels are

1   hard to substantiate that there hadn't truly been the
2   use of a secondary product in addition to the use of
3   ingested ethanol, so it becomes difficult as far as
4   interpreting.
5       Q.   Are you aware of any scientific literature or
6   papers regarding EtG or EtS testing which indicate that
7   the incidental use in and of itself can result in EtG
8   levels in excess of a thousand nanograms per milliliter?
9   Are you aware of any generally accepted articles out
10  there or peer review articles that would indicate that?
11      A.   There may be as far as specific researcher's
12  findings with a single individual or something like
13  that, but as far as those articles that have been
14  reviewed, the highest levels that I've seen indicated
15  are one was 713.  There was another one that was in the
16  700s as well.
17      Q.   And for the Court's benefit, you had kind of put
18  together a letter kind of summarizing your conclusions
19  in these report results, is that correct?
20      A.   Yes.
21      Q.   And you sent a copy of that to me today?
22      A.   Yes.
23           MR. WIDSETH:  And, Your Honor, I would like
24  to mark Exhibit 2, if I could, please.
25           THE COURT:  You may.

```
 1                (Exhibit 2 was marked for identification.)
 2                MR. WIDSETH:  And I would offer Exhibit 2,
 3   Your Honor.
 4                MR. GUDMUNDSON:  No objection.
 5                THE COURT:  Court will receive Exhibit 2.
 6      Q.   (MR. WIDSETH CONTINUING) Now, Dr. Martin --
 7   Mr. Martin, with respect to the results that we have
 8   with respect to Mr. Miller, is there anything further
 9   that you can glean from the EtS result of 603?
10      A.   Only in that similar to EtG there would be at
11   least a minimal cutoff of five times the lowest level
12   which would be 125, so it as well as the EtG are both
13   well above those secondary type cutoffs.
14      Q.   And do these -- does EtG, does it peak at any
15   point?  I assume like alcohol in the system it would go
16   on some sort of curve, is that right or is that
17   incorrect?
18      A.   No, that's correct.
19      Q.   And does the literature indicate that the EtG
20   numbers peak at any point?
21      A.   Yes.
22      Q.   And at what point would that be?
23      A.   Again, it may vary depending on the dose, but
24   generally with a one ounce of pure ethanol which would
25   be equivalent to one and a half to two drinks, the peak
```

1  levels at four to eight hours could range anywhere from
2  700 to 2,000.
3      Q.  And do those peaks, do you know, do they hold
4  true with respect to not only the intentional ingestion
5  of alcohol but also the incidental circumstances or
6  incidental exposures or secondary exposures as you call
7  them?
8      A.  Each of the scientific articles do have some
9  listing as far as when the peak levels were attained.
10 And an example is with a Purell hand sanitizer.  The one
11 study found that the 713 was the highest and that was at
12 nine hours.  The other studies indicated similar in that
13 eight to ten hours as far as a positive or peak value.
14     Q.  And did you, at least in looking at that issue
15 regarding specifically here hand cleaners, did you see
16 any of the scientific literature that's been peer
17 reviewed or generally accepted out there which would
18 indicate that you could have a result as high as
19 Mr. Miller's here solely by the use of hand sanitizers
20 alone?
21     A.  I haven't seen that article, but it doesn't mean
22 that it would not be possible.
23     Q.  And at least in your professional opinion would
24 this EtG level of 1130 and the EtS level of 603 on
25 Mr. Miller's test, would that reflect incidental

```
 1  exposure to alcohol, in your opinion?
 2      A.  No.  It could represent incidental alcohol in
 3  addition to ingestion of ethanol, but I don't believe it
 4  would be only secondary exposure.
 5      Q.  So you don't believe that those results could
 6  come about only from the incidental or secondary type of
 7  exposure that we've been discussing?
 8      A.  Correct.
 9      Q.  It would also have to involve some form of at
10  least intentional or ingestion of alcohol?
11      A.  Additional exposure to alcohol, yes, ethanol.
12          MR. WIDSETH:  I don't have any further
13  questions at this time, Your Honor.
14          THE COURT:  Mr. Gudmundson.
15                                       CROSS-EXAMINATION
16  BY MR. GUDMUNDSON:
17      Q.  Good afternoon, Mr. Martin.
18      A.  Good afternoon.
19      Q.  My name is Eric Gudmundson.  I don't know if you
20  recall talking to me on the phone sometime ago.
21      A.  Oh, yes.  Probably a month ago.
22      Q.  Correct.  I thank you very much for you being
23  gracious with your time and you were very helpful to me.
24  At that time one of the things I asked you was where I
25  might go to find additional information on this subject,
```

CASE 0:11-cv-00115-DWF-LIB   Document 15-1   Filed 04/25/11   Page 19 of 20

19

1  do you recall that?
2     A.  Yes, sir.
3     Q.  And I believe you directed me to possibly look up
4  on the Internet a Dr. Gregory Skipper?
5     A.  Yes.
6     Q.  And you're familiar with him, is that right?
7     A.  Yes.  He's one of the first people that
8  investigated EtG in the United States.
9     Q.  And you were aware that he maintained a website
10 on the subject and so you directed me there, is that
11 correct?
12    A.  Yes.  It's changed over time, but he does still
13 maintain a website, correct.
14    Q.  And you would, I assume, consider him an expert
15 in this field?
16    A.  Yes.
17    Q.  Now, one of the things that you testified about
18 was kind of a, at least at some point a disagreement
19 about an appropriate cutoff level, correct?
20    A.  Yes.
21    Q.  And you mentioned a couple of different
22 organizations or I guess I call them organizations.  I
23 don't know what they were, but can you list those again?
24    A.  Well, certainly.  There was an advisory by the
25 Substance Abuse and Mental Health Services

```
 1  Administration and it was, I think Dr. Skipper was one
 2  of the people on the panel as well as Paul Cary, but
 3  that, that advisory suggested against the use of EtG for
 4  punitive measures at low levels.  There's a specific
 5  area in there, but it didn't go any further as far as
 6  delineating what would be a reasonable cutoff for
 7  secondary type exposures.
 8      Q.  So you're familiar with that advisory?
 9      A.  Yes.
10      Q.  And it hasn't been withdrawn, isn't that correct?
11      A.  No.
12      Q.  It has not been withdrawn, correct?
13      A.  Correct.
14      Q.  And you're aware that that advisory specifically
15  indicated that the use of the EtG test in determining
16  abstinence lacks sufficient proven specificity for use
17  as primary or sole evidence that an individual
18  prohibited from drinking, in a criminal justice or
19  regulatory compliance context, has truly been drinking.
20  You're aware of that, correct?
21      A.  Yes.
22      Q.  And that legal or disciplinary action based
23  solely on a positive EtG test or other test discussed in
24  this advisory is inappropriate and scientifically
25  unsupportable, correct?
```