1   A.   Yes, that was published in 2006.
2   Q.   But it hasn't been withdrawn.
3   A.   No, it's an advisory.
4   Q.   And you disagree with that, you and your lab?
5   A.   No, it's not me and my lab.  It's that since that
6   time there have been numerous articles published and
7   there's been a considerable change from that advisory
8   forward as far as determining what a reasonable cutoff
9   would be given that there are all of these products that
10  do contain ethanol and can then form EtG.  And even
11  following Dr. Skipper through time, there are a number
12  of different recommendations dependent on where it was
13  in the time frame from 2006 to the present time and
14  that's what I'm saying.  At one time he recommended a
15  cutoff of 250 and then in conjunction with Paul Cary,
16  they recommended a cutoff of 500.  I believe in some of
17  his -- on his website or in some current literature, he
18  recommends a cutoff of 1,000 up to 1,500.  I mentioned
19  that earlier.  And so there is considerable discussion
20  concerning what is a good cutoff and whether there truly
21  is one that could absolutely delineate between exposure
22  to secondary products and exposure to only ethanol.
23  Q.   And you're aware that Dr. Skipper believes there
24  is no known cutoff at this point, is that correct?
25  A.   That's what his belief is, yes.

1   Q.   And I don't want to belabor this too much here
2   but you were the one that brought up during the course
3   of trying to figure out what an appropriate cutoff is,
4   one of the agencies that weighed in on it and one of the
5   things that I assume that you used in making your
6   determination is this research put out by the Substance
7   Abuse and Mental Health Services Administration,
8   correct?
9   A.   Yes.
10  Q.   Now, I got a few questions.  You work for Redwood
11  Toxicology, obviously?
12  A.   Yes.
13  Q.   And that's a private, for-profit company, is that
14  correct?
15  A.   Yes.
16  Q.   And you're in the business of screening for drugs
17  and/or alcohol?
18  A.   Yes.
19  Q.   Your primary business, I assume?
20  A.   Yes.
21  Q.   And if you know, approximately what percentage of
22  that business might be for probation agencies throughout
23  the country?
24  A.   I don't have that absolute number, but I would
25  say probably a third or a quarter of the business.

1   Q.   And so it's known by your laboratory that in this
2   context there could be possible court proceedings?
3   A.   Yes.
4   Q.   And, in fact, on your website, Redwood
5   Toxicology's website, I believe you assure legally
6   defensible results, isn't that correct?
7   A.   Yes.
8   Q.   Because if you don't have legally defensible
9   results, that's probably going to mean less business for
10  your laboratory, would that be correct?
11  A.   I would assume so, but yes.
12  Q.   Okay.  Well, with respect to this letter that you
13  authored today and sent to Mr. Widseth, it's been
14  offered into and accepted into evidence I believe as
15  Exhibit 2.  I just have a few questions for you about
16  that.
17  A.   Yes.
18  Q.   I'm sure you're quite familiar with that letter
19  since you just authored it today, correct?
20  A.   Yes, I had just done it earlier this morning.
21  Q.   And really just to be fair and honest here to the
22  Court and not that I'm trying to suggest that I just got
23  this today.  You had actually authored a letter to
24  probation that contained most of this information some
25  time ago, is that correct?

1   A.  Yes.

2   Q.  And I got that through discovery and so I was
3 aware of that.  There was just, it looks like there was
4 some, I guess some, maybe an attempt to answer some
5 specific questions for Mr. Widseth that might be in
6 addition to what you had already put in your letter to
7 probation, is that a fair characterization?

8   A.  Yes.

9   Q.  Now, specifically with respect to the first
10 paragraph in this letter, you indicate that .02 to .06
11 of ingested ethanol is converted to ethyl glucuronide or
12 EtG, is that correct?

13   A.  Yes.

14   Q.  You're aware that some people convert to EtG or
15 get a higher level, you convert at a higher level.  Some
16 people can convert higher than others, is that correct?

17   A.  Yes, similar to what I mentioned as far as the
18 range that was seen when there was ethanol ingestion.

19   Q.  And so are you aware that there's research that
20 in some individuals this can be as high as .4?

21   A.  I'm sorry, I don't have that information.

22   Q.  Obviously, if that's correct, we're talking about
23 instead of .2 to .6, in other words 2 to 6 percent,
24 we're talking about 40 percent of ethanol being
25 converted to EtG.  That would be quite a difference,

1  obviously?
2     A.  Yes.
3     Q.  And if that's correct, that would certainly have
4  a profound effect on interpretation of results, wouldn't
5  it?
6     A.  Yes.  But I believe you said .4 percent and
7  there's a difference between .4 and 40.
8     Q.  Well, and just so we're clear here, you indicated
9  .02 to .06.  So that would be the equivalent in terms of
10 2 to 6 percent, right?
11    A.  No.  It's .02 percent to .06 percent, so in other
12 words, it's a very small amount that's converted.
13    Q.  My mistake.  So then .4 percent obviously
14 wouldn't be 40 percent, but it would be .4 percent?
15    A.  Yes.
16    Q.  But, in any event, it would be anywhere from six
17 and a half to twenty times the research you cited?
18    A.  Yes.
19    Q.  Now, with respect to, I think you've kind of
20 clarified this already, but with respect to the third
21 paragraph you indicated that EtG is only detected in
22 urine when ethanol has been ingested.  And that isn't
23 completely accurate, is it?
24    A.  No, not based on the article that I had mentioned
25 previously that there is a single article that does

1  suggest there can be formation if all the criteria are
2  met that I mentioned previously.
3     Q.  So you can create EtG within the body through
4  kind of a fermentation process without actually
5  ingesting any outside source of alcohol?
6     A.  This is not in the body.  This is in the bottle.
7     Q.  Okay.  But then you testified that that doesn't
8  affect the EtS levels at all, right?
9     A.  That's correct.
10    Q.  And just one further point of clarification with
11 respect to that paragraph.  Ingesting, when you say
12 ingesting alcohol, that can also include inhalation of
13 fumes, is that correct?
14    A.  Yes.
15    Q.  Now, I believe when we talked on the telephone
16 and you've testified, too, today that you believe that
17 500 nanograms per milliliter is an acceptable cutoff
18 based upon research we have now?
19    A.  Yes.
20    Q.  I believe you also indicated to me, at least,
21 that that might change with future research?
22    A.  It will take the entire scientific community, but
23 yes, it may change in the future.
24    Q.  Obviously we've had significant change in the
25 year since we've been using this testing about agreeing

1  on what is an acceptable cutoff?
2      A.   That's correct.
3      Q.   And is one of the reasons that -- well, let's
4  talk a little bit about the research that has been done.
5  Would it be correct to say that there hasn't been a huge
6  number of test subjects that have been involved in these
7  studies?  We're not talking about hundreds of thousands
8  or millions of people or anything like that.
9      A.   Right.  Correct, most of these studies are based
10 -- are university based.  Some of them are even
11 international where -- anyway, they collaborate over the
12 entire world, but a lot of the studies only include
13 hundreds of samples and not thousands on thousands of
14 samples.
15     Q.   And we've already covered the fact that different
16 people metabolize EtG or I guess metabolize into EtG at
17 different rates than others?
18     A.   Yes.
19     Q.   And so certainly once we have a research that
20 covers a larger number of people, we might have more
21 accurate results?
22     A.   Yes.  And also it may be -- I'm sorry, maybe I
23 can't hear, but it may be that the determination is made
24 that EtS may be a more viable marker than EtG is, but
25 that has not been -- that hasn't been approached yet.

1   Q.   Now, with respect to what we would call
2   incidental exposure to alcohol, I guess I assume what
3   we're talking about there is not the intentional
4   consumption of an alcoholic beverage, but exposure to
5   alcohol in some other way like hand sanitizer or
6   something like that?
7   A.   Yes.
8   Q.   And most of these studies that you've read and
9   you're citing, they involve one specific incidental
10  exposure, like hand sanitizer alone, correct?
11  A.   Yes.  There haven't been currently, to my
12  knowledge, ones that use multiple exposures.
13  Q.   But it stands to reason that a combination of
14  outside sources that one would be exposed to would cause
15  those levels to go higher, wouldn't it?
16  A.   Yes.  In most cases these are levels that would
17  be the use of these secondary type products in excess of
18  recommended dosage.
19  Q.   Correct.  But I'm saying if you have multiple
20  sources of outside exposure, let's say hand sanitizer,
21  cough medicine, things like that, they compound upon one
22  another, correct?
23  A.   If it is ethanol that is ingested and it's
24  ingested in larger quantities or in excess, it will have
25  a positive EtG in a higher amount.  Am I still here?

1   Q.  I didn't lose you here.  Maybe I'm not asking the
2   question right here.  Say, for example, you're exposed
3   to hand sanitizer.  That might cause a positive EtG or
4   EtS result, correct?
5   A.  Yes.
6   Q.  And depending on how much of that you were
7   exposed to, the level might be higher or lower, is that
8   correct?
9   A.  Yes.
10  Q.  Let's just say, for example, you were exposed to
11  hand sanitizer and some other form of alcohol, such as
12  -- well, whatever it may be, cough medicine that
13  contains ethanol or alcohol, that would also affect ones
14  EtG or EtS levels, correct?
15  A.  Yes.
16  Q.  And, again, depending on the amount exposed to
17  might be higher or lower?
18  A.  Yes.
19  Q.  But if those two things were -- if you were
20  exposed to those two things within a time period, both
21  of those two things, they would each affect the EtG or
22  EtS levels, so we would expect that it would be higher
23  than exposure to one substance alone, is that fair?
24  A.  Yes.
25  Q.  Now finally, Mr. Martin, the last paragraph of

1  your letter indicates that "although there is a possible
2  exposure to commercial products containing ethanol, I am
3  not able to rule out the additional ingestion of
4  ethanol."  So I know exactly what you're saying there,
5  you're indicating you're not able to rule out the
6  additional ingestion of ethanol, meaning you're not able
7  to rule out that this individual consumed an alcoholic
8  beverage.
9      A.  My intent there is to say that there can be EtG
10 produced if there is a secondary exposure.  In this case
11 it was mentioned as a hand sanitizer, but those levels
12 that had been indicated in the literature are
13 considerably lower than the levels that are on this
14 report and so it suggests that it would not only be, if
15 it was hand sanitizer, but hand sanitizer in addition to
16 other ingested ethanol.
17     Q.  Well, so you're not able to rule out the
18 additional ingestion of ethanol.  In other words, you're
19 not able to rule it in either, are you?
20     A.  Something caused it to be positive.
21     Q.  Right.  And you're not able to rule out drinking,
22 but you're not able to rule it in either, are you?
23     A.  Correct.
24              MR. GUDMUNDSON:  I have no further
25 questions.

```
 1          THE COURT:  Mr. Widseth.
 2                              REDIRECT EXAMINATION
 3  BY MR. WIDSETH:
 4     Q.  Dr. Martin, let's just go back to that point and
 5  let's start, first of all, with the cutoff level here.
 6  The cutoff level of 500 nanograms per milliliter that
 7  you talked about, is that generally accepted, at least
 8  in the testing industry?
 9     A.  It is what was originally recommended by the drug
10  court professionals and specifically two of the
11  principals for EtG in the United States.
12     Q.  And one of those actually was Dr. Skipper, wasn't
13  it?
14     A.  Yes, it was.
15     Q.  And, in fact, I think you reference a report that
16  he wrote where he put essentially that current analyses
17  suggest that if levels of EtG in urine exceed
18  500 milligrams per liter, incidental exposure is
19  extremely unlikely.  You cited that in your report, is
20  that correct?
21     A.  Yes, I believe that may have been Paul Cary and
22  not Dr. Skipper, but they both were at the same
23  conference.
24     Q.  Okay.  But if that was in one of Dr. Skipper's
25  reports, you wouldn't have any reason to -- I mean, you
```

1  said it came from two of the principal people and you're
2  talking about Cary and Skipper, is that correct?
3      A.  Yes.
4      Q.  And have you seen anything in the testing that's
5  been done since Mr. Gudmundson references the advisory
6  in 2006?  Have you seen anything in the testing that has
7  been completed and has been accepted in the scientific
8  community out there which would indicate that those
9  cutoff levels are too low?
10     A.  Particularly Dr. Skipper has indicated that there
11 could be cutoff levels as high as a thousand or 1,500.
12 There's also articles that are due to be presented next
13 month that looks back at and this is -- I'm sorry,
14 please stop me if I go to far, but it looks at trying to
15 use something similar to what we used in the laboratory
16 with cannabinoids or THC and trying to get a level
17 playing field and so they look at the concentration of
18 the urine in relationship to the EtG so that all samples
19 could be equated to a hundred milligrams per DEL of
20 creatinine.  And by doing that then they could go back
21 through all of the studies that have been done
22 previously to try to determine what a cutoff would be
23 using this -- it's referred to as normalized
24 nomenclature, but seeing as how that's not published, I
25 do know that they were going to try to use if anything

1  was greater than 300 nanograms per mL of EtG, as it
2  would be normalized to 100 milligrams of creatinine.
3           I'm sorry to bring those mathematical
4  equations in, but all I'm saying there's an attempt,
5  there is an attempt to try to standardize the
6  concentration of EtG in all of the urines that have been
7  in previous studies and to determine if there could be a
8  reasonable -- a cutoff used based on that information.
9       Q.  And at least the information that's available
10 right now, you're comfortable with a cutoff level of
11 500 milligrams or nanograms per milliliter, is that
12 correct?
13      A.  Yes.
14      Q.  And at least from your review of the literature
15 that would be supported by the scientific literature in
16 this area, is that correct?
17      A.  Yes.
18      Q.  And where you put the cutoff level, has that been
19 dictated by your company's interest in making profits
20 here?
21      A.  No.
22      Q.  That really doesn't have any affect on how many
23 tests you perform where you put the cutoff level, is
24 that correct?
25      A.  Correct.

1        MR. WIDSETH:  I don't have any further
2  questions, Your Honor.
3        THE COURT:  Mr. Gudmundson.
4                                RECROSS-EXAMINATION
5  BY MR. GUDMUNDSON:
6     Q.  Mr. Martin, I just have a couple more questions
7  for you about the author -- or the letter you authored
8  to Mr. Widseth.  At the top of page 2, first paragraph
9  there, you indicated that, paraphrasing, EtG
10 concentrations in excess of 10,000 nanograms per
11 milliliter are consistent with the recent ingestion of
12 increased concentrations of ethanol or following chronic
13 ethanol consumption.  First of all, I assume recent
14 increased concentrations of ethanol would be somebody
15 drinking a pretty large quantity of alcohol shortly
16 before testing?
17    A.  Recent within probably eight to ten hours is
18 recent.  If an EtG is taken right after someone has
19 drank a large quantity of ethanol, it may not be likely
20 that the EtG would be detected.  The ethanol would be
21 detected, but the EtG may not be detected.
22    Q.  And so then also with respect to following
23 chronic ethanol consumption, what do you mean by that?
24    A.  Binge.
25    Q.  So if somebody has been drinking fairly large

1  quantities of alcohol or been drinking for several days,
2  it's not uncommon to see levels above 10,000, is that
3  right?
4      A.  That's correct.
5      Q.  What is the highest level you've ever seen in
6  your experience in this test?
7      A.  I don't recall my -- some of my record breakers,
8  but I'm believing 500,000, 750,000, some extreme.  We
9  don't see those very often, but some extreme values.
10           MR. GUDMUNDSON:  Thank you very much,
11  Mr. Martin.  I have no further questions.
12           THE COURT:  Counsel, do you mind if I ask a
13  couple of follow-up questions?
14           MR. WIDSETH:  Not at all, Your Honor.
15           MR. GUDMUNDSON:  No, Your Honor.
16                                           EXAMINATION
17  BY THE COURT:
18      Q.  Mr. Martin, could I just ask you, you talked
19  about creatinine and whether or not the urine samples
20  are normalized to adjust for levels of creatinine.  Is
21  that something that your lab is doing or is that a new
22  thing that is not really done yet?
23      A.  There are articles that are being reviewed
24  currently and are due to be given sometime in the next
25  scientific sessions in the United States, but they

```
 1  haven't been given yet, so it's still unpublished data,
 2  but I do know that the studies were done and those would
 3  fall under the same scrutiny as trying to establish any
 4  other cutoff levels.
 5      Q.  So your lab wouldn't necessarily normalize for
 6  creatinine levels and do you think that's significant at
 7  all in terms of an accurate reading?
 8      A.  What it does, yes, I do believe that it is a
 9  reasonable way to report them.  It's just that at the
10  current time we don't have any suggested values for
11  cutoffs with a normalized sample, but it is a very good
12  way to report then in that you can look at all the
13  historical information that's been done up to this point
14  and even in the future and be able to reasonably compare
15  those studies to each other and so it is a very
16  reasonable approach, but I don't know how that's going
17  to be accepted in the scientific community and certainly
18  we would report them as a normalized value if there is
19  some type of agreement on that type of cutoff.
20              THE COURT:  Counsel, any follow-up
21  questions?
22              MR. WIDSETH:  No, Your Honor.
23              MR. GUDMUNDSON:  No, Your Honor.
24              THE COURT:  Thank you very much.  And I
25  believe your testimony is now concluded, so thank you.
```

```
 1                    ---------------------

 2          I hereby certify that the foregoing constitutes
    a full, true and correct transcript taken from my
 3  original stenographic notes on the date and at the place
    indicated herein.
 4

 5                              ------------------------
                                Lisa Peterson, RPR
 6                              District Court Reporter
                                Crookston, Minnesota
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```