1   would that change what those results mean?
2       A.  Certainly.  It would increase.  You know, the
3   higher the percent of alcohol that was converted, then
4   there would be a higher result for the positive.  So the
5   point is that variation can be significant between
6   people and we see that, you know, when we expose people
7   to things like I mentioned Cepacol.  And in another
8   study they gave people sips of alcohol, you know,
9   measured quantities of vodka and there was quite a range
10  there too.  So it just represents the fact that
11  different people are different in the way they produce
12  this metabolite and it ranges quite widely.
13      Q.  Now, in your professional expert opinion is there
14  any agreed upon or known cutoff level for EtG levels to
15  indicate that somebody has been drinking?
16      A.  No.  There is no published, recognized level and
17  part of the reason for that is just what I mentioned is
18  there's not been any study that systematically looked at
19  a large number of people.  All of the studies have been
20  two, three, ten, you know, at the most a dozen people
21  being tested and the problem is we need hundreds or even
22  thousands of people before we can really see what that
23  range is going to be.  Studies have not been done and I
24  worry that it will never be clear-cut because the number
25  of sources of exposure is so wide that, you know, it's

1   going to be a range in there no matter what.  It's not
2   going to be a clear line.
3       Q.  And since this testing has come into use in the
4   United States, has there been discussion about what
5   would be an appropriate cutoff level?
6       A.  That discussion has gone on and I've got caught
7   in that myself.  Initially we did think that 500 would
8   be a reasonable cutoff as Mr. Martin has suggested, but
9   when I did the hand gel study, it sort of blew that one
10  because we got 770 on the pharmacist just using hand gel
11  every half hour through the day.  And so, you know, then
12  I thought, well, a thousand might be a reasonable
13  cutoff.  And then we had a doctor that we had that
14  fairly certainly had only used topical alcohol on
15  joints, liniment, and he had a level of 1500.  And we've
16  seen more and more cases that just worry me to set any
17  number.  I do believe that the higher the level, the
18  more likely it's going to be drinking.  So if we get
19  into levels over 50,000.  We've seen levels in the
20  millions.  And so extremely high levels are much more
21  likely to be drinking, but levels under 50,000 or under
22  20,000 are still in the ballpark where they could be
23  incidental exposure.
24      Q.  Well, it's been --
25      A.  I've been reluctant to set a number any more

1   because of the experience I've had with that level going
2   up.  And, by the way, that has happened with other
3   things similar to this, for example, with poppy seeds.
4   We know historically and, by the way, I'm old enough to
5   know that initially nobody thought poppy seed could
6   cause a positive for morphine, but then it was proven
7   that poppy seeds can cause a positive to morphine
8   because they do have a little bit of opium in the seeds.
9   And so we set, the government and everybody decided,
10  well, we'll set that level at a thousand because it
11  looked like in almost every case the morphine level was
12  under a thousand.  Well, once that is done, next we knew
13  somebody was positive over a thousand and it was proved
14  it was poppy seed and so the level was moved to 2,000,
15  and then it was moved to 5,000 because we found more
16  people that had more potent poppy seeds in Costco
17  muffins and so forth.  And then more recently through a
18  case involving Delta airline a stewardess was studied
19  and they ended up moving the level to 15,000.
20              So this reflects what I mentioned before,
21  which is the more people that undergo these kinds of
22  things, the more we find exceptions.  And if we keep
23  moving the cutoff up, the problem is the test loses its
24  value because the test is designed to pick up drinking
25  and the beauty of it is that it stays positive for

1  longer, but in order to stay useful, we have to keep --
2  I advocate keeping the cutoff low but employing the
3  confirmation test that we now have and that's the way we
4  do all of the drug testing and that's what we should be
5  doing. Not just relying on a positive screen.
6      Q.  It's been testified to that there is a scientific
7  foundation that EtG concentrations in excess of 500
8  nanograms per milliliter are not consistent with
9  incidental exposure. Obviously you don't agree with
10 that.
11     A.  I strongly disagree. I've seen it in my own
12 research with subjects in a lab setting. As I
13 mentioned, it's conjecture and based on small numbers
14 and wishful thinking. I mean the labs would like to be
15 able to say this test proves drinking. That way they
16 can sell the test. In fact, some of them still say it
17 on their websites. Others have taken it off because
18 they have been sued, but the fact is, you know, an EtG
19 alone does not prove drinking. An EtS alone does not
20 prove drinking.
21     Q.  Now, is it possible that someone with EtG levels
22 of 1130 has in fact consumed alcohol?
23     A.  Oh, certainly. Oh, yeah.
24     Q.  Is it also possible that someone with those
25 levels did not consume alcohol?

1    A.  Oh, certainly.  It's in the gray zone.  I've had
2  people admit drinking with levels of 110, you know, so
3  that's why we keep the cutoff low so we can pick up
4  drinking at those low levels.  The problem is it's not
5  proof of drinking.  So, yeah, 1130 could be drinking,
6  and it may not be drinking.
7    Q.  Well, that brings me to my last question, Dr.
8  Skipper, and thank you.  So in your opinion does an EtG
9  level of 1130 provide you with clear and convincing
10 evidence that somebody has drank an alcoholic beverage?
11   A.  No.
12          MR. GUDMUNDSON:  Thank you very much, Dr.
13 Skipper.
14          THE COURT:  Mr. Widseth.
15          MR. WIDSETH:  Thank you, Your Honor.
16                                    CROSS-EXAMINATION
17 BY MR. WIDSETH:
18   Q.  Good afternoon, Dr. Skipper.
19   A.  Good afternoon.
20   Q.  I'm going to start, first of all, with this
21 confirmatory test.  You gave the name of it and I'm
22 sorry I didn't get it written down.  Do you have an
23 abbreviation for it?
24   A.  It's usually abbreviated with a capital "P"
25 capital "E" and then a lower "th".  P-E-t-h.

1    Q.   So P-E-t-h.  Okay.  The PEth test, you said that
2  in the program you are in you use that as a confirmatory
3  test?
4    A.   Yes.
5    Q.   And how long is that able to detect alcohol or
6  ethanol ingestion after the ingestion?
7    A.   It stays positive about three weeks.
8    Q.   And so depending on how long it takes to get test
9  results back, that confirmatory test may or may not be
10 available, is that correct?
11   A.   Correct.
12   Q.   And you said it's more specific for drinking?
13   A.   It is.
14   Q.   And why is that?
15   A.   Well, what it is, the full name of the test is
16 phosphatidyl ethanol and what it is is when you drink,
17 the ethanol molecule, the alcohol molecule binds to the
18 phosphatidyl lipids on the cell membranes in your blood
19 and it's mainly the red blood cells and it never comes
20 off.  It's stuck there.  Some amount of ethanol is bound
21 to the cell and it only goes away when the cell is taken
22 out of the system, which red blood cells last an average
23 of about a month.  So the test will stay positive two to
24 three weeks.
25               Now, it only goes positive, however, if a

1   person has about 100 grams of ethanol, you know,
2   consumed within a week and that's about seven standard
3   drinks.  So if somebody had that much exposure, seven
4   standard drinks in a week, then they will convert to
5   positive and stay positive for about three weeks.  And
6   we consider that confirmatory for drinking because it
7   would be extremely difficult to get 100 grams of ethanol
8   from those sources of incidental exposure I mentioned.
9   So what it turns out is that the EtG is highly
10  sensitive.  It picks up just about everything, but
11  phosphatidyl ethanol is more specific because it only
12  goes positive with a greater amount of alcohol, but a
13  low enough amount that most people that are going to
14  relapse and drink, drink more than seven drinks in a
15  week.
16      Q.  But that still wouldn't catch a person that has
17  an absolute abstinence requirement that goes out and has
18  a beer or whatever?
19      A.  That's correct.
20      Q.  On an occasional basis, is that correct?
21      A.  That's correct.
22      Q.  Or someone that drinks a six-pack every week that
23  test wouldn't catch either.
24      A.  It may not.  That's only six drinks.
25      Q.  Now, you had indicated a number of different

```
 1  items that can create -- well, that can make and/or can
 2  make the presence of EST -- or EtG or EtS in the urine,
 3  and I think you gave mouthwash, over-the-counter meds,
 4  Nyquil.
 5      A.   Right.
 6      Q.   Communion wine.
 7      A.   Right.
 8      Q.   Now, first of all, how many of those items are
 9  you aware that have been tested and peer reviewed in the
10  scientific literature?
11      A.   Let's see, well, in the scientific literature I
12  am not seeing -- I've seen the hand gel tested and peer
13  reviewed.  Hang on a second.  I've seen analysis in peer
14  review journals of alcohol content.  But as far as
15  showing the effect of EtG in peer reviewed literature,
16  very few.  I've seen, you know, proprietary studies that
17  labs have done and has shown these amounts, again, in
18  small amounts of people, but the studies have not been
19  adequately done, that's true.
20      Q.   Okay.  And I just did a little of my own looking.
21  First of all, you published an article on EtG back in
22  2004, would that be correct?
23      A.   Yes.
24      Q.   And at least I've been able to find it in a
25  couple of journals.  I found one on alcohol and
```

1   alcoholism in the Journal of Medicine Licensure and
2   Discipline.
3       A.  Yes.
4       Q.  And in those articles you had indicated that
5   cutoff levels from measuring EtG and urine have been set
6   at between 100 and 250 micrograms per liter, I think it
7   is, to eliminate detection of incidental minor exposure
8   to alcohol, would that be correct?
9       A.  Right.
10      Q.  And you had indicated at that time that at least
11  the current analysis suggests that if a level of EtG in
12  urine exceeds 500 micrograms per liter, incidental
13  exposure is extremely unlikely.
14      A.  Right.
15      Q.  And that's no longer your opinion, is that
16  correct?
17      A.  Correct.
18      Q.  Are you aware of any of the peer review
19  literature that's given, that's out there on the issue
20  of EtG that's given a result, say, for hand sanitizer is
21  greater than 1,000 nanograms per liter?
22      A.  I would have to research that a little bit, but I
23  think probably not.
24      Q.  And, in fact, even your antidotal study which I
25  think was just published back in June of 2009, the

1  highest level you were able to come up with was 770
2  nanograms per milliliter, is that correct?
3      A.  That's correct.
4      Q.  And these are some pretty, at least I wouldn't
5  call them extreme, but some pretty elevated uses as far
6  as when, as for say your study, the 770 nanograms per
7  milliliter, that was some pretty extensive use of the
8  hand sanitizer, wasn't it?
9      A.  That was the case where there was, it was used
10 every half hour for eight hours, so 16 uses in a day.
11 And I should point out, you know, just for clarity that
12 all of these studies look at one, usually in order to
13 make sense of it, they look at one exposure source, like
14 hand gel or mouthwash.
15     Q.  Correct.
16     A.  But there can be multiple and my worry is they
17 add up.
18     Q.  But you don't have anything to support that, do
19 you?
20     A.  No, nothing other than common sense.  It's just
21 not adequate research.
22     Q.  And as I said, that 750 nanograms per milliliter,
23 that was someone that, as you indicated, that used
24 alcohol every half hour for eight hours, is that
25 correct?

```
 1     A.   Correct.  So 770.
 2     Q.   But that was on the second day of the test, isn't
 3  that correct?
 4     A.   Right.
 5     Q.   On the first day of the test she also used
 6  alcohol or that same hand sanitizer with 62 percent
 7  alcohol every hour for eight hours.
 8     A.   Correct.
 9     Q.   And would you also agree that -- I don't know,
10  there's been some testimony that at least the research
11  would show and I think your research would confirm some
12  of that, is that most of these incidental exposures have
13  a spike, is that correct?
14     A.   They do.  There's a time element.  That's right.
15     Q.   And that time element is relatively short with
16  most of these incidental exposures, would that be
17  correct or not?
18     A.   Well, actually, it would be correct with any kind
19  of exposure.  There's going to be a, you know, it tends
20  to be that with drinking or with small exposures, it
21  peaks at about four to six hours and then it falls off
22  gradually from there.
23     Q.   Okay.  And, again, you're not aware of any
24  studies involving hand sanitizers that would support a
25  conclusion that using hand sanitizers in and of itself
```

```
 1   would result in an EtG level in excess of 1,000
 2   nanograms per milliliter, is that correct?
 3       A.  That's correct.
 4       Q.  And, in fact, there are a number of them that
 5   would indicate that the number is substantially lower
 6   than that?
 7       A.  Correct.  For that alone.
 8       Q.  Yes.  For hand sanitizers.
 9       A.  Yes.
10       Q.  In fact, I think there's one by Rohrig and Ross
11   that would indicate that it didn't affect anyone except
12   for one person.  Have you ever read that?
13       A.  I think that was a small number of people, but
14   yeah, I remember that.  Ventilation makes a big
15   difference and stuff like that too, so there are a
16   number of variables that they didn't really control for.
17   You know, it's hard to compare studies sometimes.
18       Q.  And you had indicated that you had some medical
19   students that you had tested that got up to 800
20   nanograms per milliliter.
21       A.  Yes.
22       Q.  And how often were they using the hand sanitizer?
23       A.  That was extreme.  They were -- we had them use
24   it 30 times in an hour in a room that had no
25   ventilation, so it was reeking of alcohol.  But that was
```

1   only three medical students.
2      Q.  And you had indicated that levels of up to 20,000
3   to 50,000 nanograms per milliliter could still be in the
4   realm of possibility for incidental exposure.
5      A.  That's what I'm worried about.  I have a concern
6   that that's possible, you know, because we don't have
7   enough research in large groups of people.  I guess my
8   point is that at some point as you go up the levels, it
9   could be impossible to be from incidental exposure
10  because we have some levels up into the hundreds of
11  thousands or even millions and I wouldn't contend that
12  that could be from hand gel, but where does that number
13  cut off.  Right now I don't have an answer for that and
14  I would like to see a lot larger number of people be
15  studied.
16     Q.  I understand.  But your opinion on that is just
17  your opinion.  It doesn't have any scientific support in
18  any literature out there, is that correct?
19     A.  Well, that's true.
20     Q.  Now, if I'm recalling correctly and I'm sorry,
21  Dr. Skipper, but I've been reading quite a bit of stuff
22  on this in the last couple of days and it might have
23  been that advisory back in 2006 that I think you were at
24  least part of.  You had looked at a couple of areas
25  where the EtG testing had use and one of them I think

```
 1  was in for cause testing where there was some sort of
 2  heightened concern?
 3       A.   Right.
 4       Q.   Like following a report by someone that someone
 5  had been consuming alcohol.
 6       A.   Right.
 7       Q.   Is that correct?
 8       A.   I'm not sure exactly what you're referring to,
 9  but early on, especially when the test was more
10  expensive, it was mainly used in settings like that.
11  Now it's gotten quite a bit cheaper so we use it sort of
12  routinely, but I think that might be what you're
13  referring to.  Certainly when there's heightened concern
14  would be a good time to use it.
15       Q.   But any test result you have with respect to any
16  particular person you also got to look at the person
17  you're dealing with, correct, and any other evidence you
18  have with respect to that person's alcohol consumption?
19       A.   You bet.
20       Q.   I mean, I assume you would look at a test result
21  of 1130 from someone whose, at least by all evidence
22  never consumed any alcohol, you would look at that with
23  kind of a skewed eye, wouldn't that be correct?
24       A.   Right.  That's right.
25       Q.   And if you had someone that was a long-term
```

```
 1  alcoholic that had numerous relapses, at least that 1130
 2  could have a little bit more evidentiary value, would
 3  that be correct?
 4      A.  Absolutely.  It would be clinically, I mean in
 5  medicine you've got to put the clinical picture with the
 6  test and the whole picture matters.  So I'm pretty sure
 7  your concern is that it could be actual drinking.
 8      Q.  Yes.  And I think you said that a lot of times
 9  when you get these positive tests you try to approach
10  someone and see if you get an admission from them.
11      A.  Exactly.
12      Q.  At least on the screening test before you do the
13  confirmatory test, would you say that?
14      A.  Yes.
15      Q.  You approach them in a supportive way and try to
16  get them at least back into the treatment regiment, is
17  that right?
18      A.  I actually encourage them to admit drinking and
19  then get them back into the regiment, yes.
20      Q.  Because part of the treatment regiment is the
21  admission that you got a problem, right?
22      A.  Exactly.
23      Q.  It wouldn't do much good to have someone not
24  admit they were drinking and get them back into
25  treatment.
```

```
```
```
 1    A.  That's correct, usually.
 2          MR. WIDSETH:  I don't have any further
 3 questions at this time, Your Honor.
 4          THE COURT:  Mr. Gudmundson.
 5          MR. GUDMUNDSON:  I have no questions, Your
 6 Honor.
 7          THE COURT:  All right.  Thank you, Dr.
 8 Skipper.  I believe that concludes your testimony.
 9                 --------------------
10          I hereby certify that the foregoing constitutes
   a full, true and correct transcript taken from my
11 original stenographic notes on the date and at the place
   indicated herein.
12
13                              ------------------------
                                Lisa Peterson, RPR
14                              District Court Reporter
                                Crookston, Minnesota
15
```